# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES GREENFIELD,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-1521-Orl-19DAB**

**JO ANNE B. BARNHART,**
**COMMISIONER OF SOCIAL SECURITY,**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 17)**
>
> **FILED:** May 10, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The decision of the Commissioner is hereby **REVERSED** under sentence four of 42 U.S.C. § 405(g) and this case is hereby **REMANDED** to the Commissioner of Social Security for the following reasons:

To remand this case to an Administrative Law Judge ("ALJ") for:
The ALJ to give further consideration to the opinions of Plaintiff's treating physician, Dr. Neese, and clarify the weight given to his opinions in accordance with the provisions in 20 C.F.R. § 416.927 and Social Security Rulings 96-2p and 96-5p. The ALJ will also give further consideration to the Plaintiff's maximum residual functional capacity and provide appropriate rationale with specific references to the evidence of

    record in support of the assessed limitations. If warranted, evidence will be obtained from a vocational expert.

    The Clerk of the Court is hereby directed to enter a separate final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this case.

    **DONE** and **ORDERED** in Orlando, Florida on May 10, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record